**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOSE ANTONIO PAISANO COYOPOL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FCC-LOMPOC,<br><br>    Respondent. | Case No. CV 24-02901-HDV (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

   **IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action without prejudice.

   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the

Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: 03/14/25

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

2