JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOSE ANTONIO PAISANO COYOPOL, | Case No. CV 24-02901-HDV (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, FCC-LOMPOC, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: 3/14/25

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE